HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

RICHARD ROY SCOTT,

   Plaintiff,

   v.

SPECIAL COMMITMENT CENTER,

   Defendant.

Case No. C06-5359RBL

ORDER

THIS MATTER comes on before the above-entitled Court upon Plaintiff's Motion to Dismiss his Complaint pursuant to Fed. R. Civ. P. 41 [Dkt. #15].

Having considered the entirety of the records and file herein, the Court rules as follows:

On December 1, 2006 this Court entered an Order directing plaintiff to show cause on or before December 11, 2006 why his complaint should not be dismissed for failing to comply with Magistrate Judge J. Kelley Arnold's Order to amend the complaint. In response to the Order to Show Cause, plaintiff has moved to voluntarily dismiss his complaint pursuant to Fed. R. Civ. P. 41. Considering that the complaint has yet to be served, plaintiff's motion is **GRANTED**.

This complaint and all pending motions are **DISMISSED.**

**IT IS SO ORDERED.**

1       The Clerk shall send uncertified copies of this order to all counsel of record, and to any party appearing
2 pro se.

3       Dated this 21st day of December, 2006.

                              /s/ Ronald B. Leighton
                              RONALD B. LEIGHTON
                              UNITED STATES DISTRICT JUDGE